# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-20-00139-CV

### In re WC 1st and Trinity, LP; WC 1st and Trinity GP, LLC; WC 3rd and Congress LP; and WC 3rd and Congress GP, LLC

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion to dismiss this mandamus proceeding, informing the Court that real party in interest Mitte Foundation has agreed not to seek at this time the deposition that was the subject of this mandamus proceeding, rendering relators' petition for writ of mandamus moot. Accordingly, we grant the motion and dismiss the petition for writ of mandamus.

_____

Edward Smith, Justice

Before Chief Justice Rose, Justices Triana and Smith

Filed: April 7, 2020